UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHELLE L. PAMONICUTT,

    Defendant.

Case No. 20-CR-20-CR-193

[18 U.S.C. §§ 113(a)(1) and 1153(a)]

Green Bay Division

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

On or about October 27, 2019, in the State and Eastern District of Wisconsin, and within the boundaries of the Menominee Indian Reservation,

**MICHELLE L. PAMONICUTT,**

being a Native American Indian, assaulted another, John Doe, with intent to commit murder.

In violation of Title 18, United States Code, Sections 113(a)(1) and 1153(a).

A TRUE BILL:

FOREPERSON
Dated: 10-20-2020

MATTHEW D. KRUEGER
United States Attorney